# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

SIN YO and YO COMPANY INC. d/b/a YO and COMPANY
a/k/a SIN YO CPA a/k/a SHINYEON YEO CPA,

Petitioners,

v.

SUK C. KIM,

Respondent.

No. 2D2025-1230
_____

October 15, 2025

Petition for Writ of Certiorari to the Circuit Court for Hillsborough
County; Christopher C. Nash, Judge.

G. Donovan Conwell, Jr. of Conwell Business Law, LLLP, Tampa, for
Petitioners.

Daniel A. Nicholas of Cole, Scott & Kissane, P.A., Tampa, for Respondent.

PER CURIAM.

Denied.

VILLANTI, KHOUZAM, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.